IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-cv-212-FL

| | |
|---|---|
| THOMAS MILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $12,072.88 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $3,750.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $12,072.88 and that Plaintiff's counsel pay to Plaintiff the sum of $3,750.00 and upon the payment of such sums, this case is dismissed with prejudice.

This 16th day of July, 2019,

_____
U.S. District Court Judge Louise Flanagan